# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **EDMOND CROIX and ALMA CROIX** | § | |
| | § | |
| **v.** | § | **1:19-CV-102-AWA** |
| | § | |
| **PROVIDENT TRUST GROUP, LLC** | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice (Dkt. No. 46), filed on July 24, 2020. Having considered the Motion, the Court hereby **GRANTS** the Parties' Joint Motion to Dismiss with Prejudice (Dkt. No. 46). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** in this case, **ORDERS** the parties to bear their own costs and fees, **DISMISSES** any pending motions as **MOOT** and orders the case **CLOSED**.

SIGNED this 6th day of August, 2020.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE